Jeremy L. Bordelon, OSB No. 160789
jeremy@evergreendisability.com
Evergreen Disability Law
465 Northeast 181st Ave., No. 500
Portland, Oregon 97230
(503) 888-9331

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| NORMA JEAN STEPHENS, | Civil No. 3:20-cv-00075-SI |
| Plaintiff, | |
| v. | DECLARATION OF TERRENCE J. COLEMAN AUTHENTICATING TRANSCRIPT OF DEPOSITION OF JOHN HART, M.D. |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

**DECLARATION**

I, Terrence J. Coleman, declare as follows:

1. I am a member of the Bar of the Supreme Court of California, and a partner in the law firm of Pillsbury & Coleman, LLP, based in San Francisco, California.

2. I am one of the attorneys of record for plaintiff Steven W. Stiller in the matter of *Stiller v. Standard Insurance Company et al.*, Case No. CGC-14-537817, filed in the Superior Court of the State of California, San Francisco County. I have personal knowledge of the matters stated in this declaration.

DECLARATION OF TERRENCE J. COLEMAN
AUTHENTICATING DEPO. OF JOHN HART, M.D.        1

3. I make this declaration to authenticate the documents previously filed by the Plaintiff in this action as Exhibit A to Plaintiff's Motion for Judgment, Deposition of John Hart, M.D.

4. On November 6, 2014, I personally took the deposition of Dr. Hart in the *Stiller v. Standard* action cited above.

5. I am acquainted with Ms. Stephens's counsel in this case and personally provided him with a copy of Dr. Hart's deposition from the *Stiller v. Standard* action.

6. I have reviewed Plaintiff's Exhibit A and it is a true and accurate copy of Dr. Hart's deposition given in the *Stiller v. Standard* action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the date indicated below, in San Francisco County, California.

TERRENCE J. COLEMAN

Date: <u>Jan. 27, 2021</u>           <u>*s/ Terrence J. Coleman*</u>
                                     PILLSBURY & COLEMAN, LLP

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 29, 2021, he filed the foregoing document with the Clerk of Court using the Court's ECF system. Notice of this filing will be delivered to counsel for all parties shown on the ECF system's Notice of Electronic Filing. The undersigned will mail a copy of the foregoing to any parties required to receive notice not shown on the NEF.

                                    BY:    *s/Jeremy L. Bordelon*
                                                      Jeremy L. Bordelon, OSB No. 160789